# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4211 | **DATE** | 2/14/2006 |
| **CASE TITLE** | Evoy vs. CRST Van Expedited, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff Evoy's motions *in limine* are granted in part and denied in part as stated below [#84]. Plaintiff Evoy's motion *in limine* regarding Dr. Baade is granted as stated in open court [#83]. Plaintiff Evoy's motion *in limine* regarding Dr. Schwartz is denied for the reasons stated in open court [#85]. Plaintiff Wilson's motion *in limine* is granted [#82], without objection. The Clerk is directed to terminate motions 51 and 54, which were previously ruled upon.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

Plaintiff Evoy's general motion *in limine* [docket no. 84] is granted in part and denied in part as stated below:

1. Evidence of benefits the plaintiffs have received or may receive from collateral sources is excluded, without objection by defendants.

2. Plaintiff's request to bar evidence of medical opinions that are not based upon a reasonable degree of medical certainty is granted.

3. The Court denies plaintiff's request to bar argument or instruction that a compensatory damages verdict will not be subject to federal income taxation, for the reasons stated in open court.

4. Argument that the plaintiffs may have asked for more money than they actually expect to be awarded is excluded, without objection by defendants.

5. Evidence relating to offers to settle is excluded, without objection by defendants.

6. Argument that plaintiff is "asking the jury to take away defendant's money and property" is excluded.

7. Argument that defense counsel is "shocked" by the damage request is excluded.

8. Argument that plaintiffs' damages request is greater than counsel believes plaintiffs are entitled to receive is excluded, without objection by defendants.

9. Argument of the personal beliefs of defense counsel is excluded, without objection by defendants.

**STATEMENT**

10. Argument that the jurors should put themselves in defendants' shoes is excluded, without objection by defendants.

11. Evidence and argument that Jillian Palenik was not an authorized passenger is excluded, without objection by defendants.

Plaintiffs' motion *in limine* to preclude defendants from eliciting certain testimony from Dr. Robert Baade [docket no. 83] is granted as stated in open court.

Plaintiffs' motion to bar certain opinions of Harry W. Schwartz, M.D. [docket no. 85] is denied for the reasons stated in open court.

Plaintiff Wilson's motions *in limine* [docket no. 82] are granted, without objection by defendants.